Edith Bontoft, appellee, v. Ernest E. Bontoft, appellant.    Gen. No. 7,698.
Bill for separate maintenance.  Decree for complainant.  Appeal from the Circuit Court of Winnebago county; the Hon. E. D. Reynolds, Judge, presiding.  Heard in this court at the October term, 1926. Reversed and cause remanded.  Opinion filed December 15, 1926.
Fisher, North, Linscott & Gibboney, for appellant.  Charles W. Ferguson, for appellee.
Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Bethel Robinson, plaintiff in error.  Gen. No. 7,684.
Prosecution for illegal possession of intoxicating liquor.  Judgment of conviction.  Error to the County Court of Bureau county; the .Hon. J. R. Prichard, Judge, presiding.  Heard in this court at the October term, 1926.  Reversed and remanded with directions.  Opinion filed December 23, 1926.  Rehearing denied February 24, 1927.
Tom W. Smurr, for plaintiff in error.  Josef T. Skinner, State's Attorney, for defendant in error.
Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Walter B. Wells, appellee, v. Edward Baker, appellant.  Gen. No. 7,722.
Action for personal injuries in automobile collision.  Judgment for plaintiff.  Appeal from the Circuit Court of LaSalle county; the Hon. Joe A. Davis, Judge, presiding.  Heard in this court at the October term, 1926.  Reversed and remanded.  Opinion filed December 23, 1926.
Arthur H. Shay, for appellant.  Jones, Essington & Heflin and Butlers & Butlers, for appellee.
Mr. Presiding Justice Partlow delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Lisetta Bird, appellee, v. Charles Tyler, Jr., appellant.  Gen. No. 7,688.
Bastardy proceeding.  Judgment of filiation.  Appeal from the County Court of Putnam county; the Hon. James E. Taylor, Judge, presiding.  Heard in this court at the October term, 1926.  Reversed and remanded.  Opinion filed December 28, 1926.
George W. Hunt, for appellant; Shelton F. McGrath, of counsel. Harry K. Ward, State's Attorney, for appellee.
Mr. Presiding Justice Partlow delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Friedel, plaintiff in error.  Gen. No. 7,691.
Prosecution for illegal possession of intoxicating liquor.  Judgment of conviction.  Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding.  Heard in this court at the October term, 1926.  Reversed and remanded.  Opinion filed December 28, 1926.
Runyard & Behanna, for plaintiff in error.  Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block, of counsel.
Mr. Presiding Justice Partlow delivered the opinion of the court.